E-FILED
Monday, 06 December, 2004  09:43:04 AM
Clerk, U.S. District Court, ILCD

**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)**

FILED
DEC - 6 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Name: Samuel Burr

Case Number: 03-10066

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number 33), Sentencing Recommendation (document number 34) and Statement of Reason(s) Page (document number 36) were returned to the U.S. Probation Office on 12/3/y.

Received by:

s/Douglas Hennessey
U.S. Probation Office
Date: 12/6/04