E-FILED

Thursday, 30 November, 2006 02:26:34 PM
Clerk, U.S. District Court, ILCD

CDIL PROB 22
(Rev. 4/97)

FILED

NOV 3 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 03-10066-001 |
| DOCKET NUMBER *(Rec. Court)* | 3:06 CR-30163-GPM |

CDIL Docket No.

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| SAMUEL B. BURR<br>503 VAN BUREN AVENUE<br>SANDOVAL, IL 62882 | CENTRAL DISTRICT<br>OF ILLINOIS | Peoria |

| | |
|---|---|
| NAME OF SENTENCING JUDGE | |
| HONORABLE MICHAEL M. MIHM | |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>10/22/2004 | TO<br>10/21/2007 |
|---|---|---|

OFFENSE

FELON IN POSSESSION OF A FIREARM
18:922(g)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the U.S. District Court for the Southern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the U.S. District Court to which this transfer is made without further inquiry of this Court.*

11/14/06
Date

s/ Michael M. Mihm
HONORABLE MICHAEL M. MIHM
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/22/06
Effective Date

s/ U.S. District Judge

United States District Judge

LCV :js