


# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61801

November 30, 2006

US District Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

RE: USA V. Samuel B. Burr
CASE NO. PEORIA IL: 03-10066-001

Dear Sir:

Pursuant to the executed Transfer of Jurisdiction filed in this office on 11/30/06, enclosed please find:

1. Transfer of Jurisdiction
2. Docket Sheet
3. Indictment
4. Judgment
5. Financial Records

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

Very truly yours,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
          s/ S. Marvel
By: _____
          Deputy Clerk

Enclosure(s)
JMW/sm

03-10066 letter.wpd